IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BEN VENTURA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-cv-345-ECM |
| | ) | |
| FRAN VELLA-MARRONE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On June 23, 2026, the Magistrate Judge entered a Recommendation (doc. 10) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 10) is ADOPTED;

2. This case is DISMISSED without prejudice;

3. All pending motions are DENIED as moot, and all pending deadlines are TERMINATED;

4. As a consequence of Plaintiff Ben Ventura's ("Ventura") vexatious filing of duplicative actions and pleadings which fail to state a claim upon which relief can be granted, if Ventura or anyone acting in concert with him files a duplicative or facially frivolous complaint in the future, the Court may summarily dismiss the pleading and the action without prior notice.

A separate Final Judgment will be entered.

DONE this 29th day of September, 2026.

/s/ Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE